IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BLUEEARTH BIOFUELS, LLC., ) | CIVIL 09-00181-DAE-KSC |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | |
| ) | |
| HAWAIIAN ELECTRIC ) | |
| COMPANY, INC.; MAUI ) | |
| ELECTRIC COMPANY, LTD.; ) | |
| ALOHA PETROLEUM, LTD.; and ) | |
| KARL E. STAHLKOPF, ) | |
| Individually, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on August 22, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION REGARDING PLAINTIFF'S OBJECTIONS TO THE BILL OF COSTS OF DEFENDANTS HAWAIIAN ELECTRIC COMPANY, IN., MAUI ELECTRIC COMPANY, LTD., AND KARL

STAHLKOPF," docket entry no. 658, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 14, 2011.



_____
David Alan Ezra
United States District Judge

BlueEarth Biofuels, LLC vs. Hawaiian Electric Company, Inc., et al., Civil No. 09-00181 DAE-KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION