IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BLUEEARTH BIOFUELS, LLC., ) | CIVIL 09-00181-DAE-KSC |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | |
| ) | |
| HAWAIIAN ELECTRIC ) | |
| COMPANY, INC.; MAUI ) | |
| ELECTRIC COMPANY, LTD.; ) | |
| ALOHA PETROLEUM, LTD.; and ) | |
| KARL E. STAHLKOPF, ) | |
| Individually, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### AMENDED ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

On September 16, 2011, this Court issued an Order entitled "Order Adopting Magistrate Judge's Findings and Recommendations." (Doc. # 681.) Due to a clerical error, the Court adopted Doc. # 658 in that Order. In fact, Doc. # 658 is currently the subject of a Motion to Reconsider before United States Magistrate Judge Kevin S.C. Chang. (Doc. # 671.) The Court had intended to adopt Doc. # 662. Accordingly, Doc. # 681 is hereby **STRICKEN**. The Court now finds as follows:

Findings and Recommendation having been filed and served on all parties on August 24, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION REGARDING DEFENDANTS HAWAIIAN ELECTRIC COMPANY, INC., MAUI ELECTRIC COMPANY, LTD., AND KARL STAHLKOPF'S OBJECTIONS TO PLAINTIFF BLUEEARTH BIOFUELS, LLC'S BILL OF COSTS," docket entry no. 662, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 16, 2011.



_____
David Alan Ezra
United States District Judge

BlueEarth Biofuels, LLC. vs. Hawaiian Electric Company, Inc., et al., Civil No. 09-00181 DAE-KSC; AMENDED ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION