IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BLUEEARTH BIOFUELS, LLC., | ) | CIVIL 09-00181-DAE-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HAWAIIAN ELECTRIC COMPANY, INC.; MAUI ELECTRIC COMPANY, LTD.; ALOHA PETROLEUM, LTD.; and KARL E. STAHLKOPF, Individually, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

<u>ORDER ADOPTING THE U.S. MAGISTRATE JUDGE'S ORDER</u>

An "ORDER GRANTING DEFENDANTS HAWAIIAN ELECTRIC COMPANY, INC., MAUI ELECTRIC COMPANY, LTD, AND KARL STAHLKOPF'S MOTION FOR RECONSIDERATION OF THE COURT'S AUGUST 22, 2011 FINDINGS AND RECOMMENDATION REGARDING PLAINTIFF'S OBJECTIONS TO THE BILL OF COSTS OF DEFENDANTS HAWAIIAN ELECTRIC COMPANY, INC., MAUI ELECTRIC COMPANY, LTD, AND KARL STAHLKOPF" having been filed and served on all parties on September 22, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the U.S. Magistrate Judge's Order filed September 22, 2011, docket entry no. 683, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 14, 2011.



_____
David Alan Ezra
United States District Judge

BlueEarth Biofuels, LLC vs. Hawaiian Electric Company, Inc., et al., Civil No. 09-00181 DAE-KSC; ORDER ADOPTING THE U.S. MAGISTRATE JUDGE'S ORDER