IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BLUEEARTH BIOFUELS, LLC., | ) | CIVIL 09-00181-DAE-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HAWAIIAN ELECTRIC COMPANY, INC.; MAUI ELECTRIC COMPANY, LTD.; ALOHA PETROLEUM, LTD.; and KARL E. STAHLKOPF, Individually, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>

On September 28, 2011, the Magistrate Judge issued a Finding and Recommendation regarding Plaintiff's Objections to the Bill of Costs of Defendant Aloha Petroleum, Ltd.  (Doc. # 689.)  That Finding and Recommendation was served concurrently upon those counsel of record who are registered participants of CM/ECF, and served on September 29, 2011 by First Class Mail to those parties of record who are not registered participants of CM/ECF.

On October 12, 2011, Defendant Aloha Petroleum, Ltd. filed a Motion for Reconsideration of the Magistrate Judge's Findings and Recommendation. (Doc. # 692.)  An Order Denying Defendant's Motion for Reconsideration was issued by the Court on October 18, 2011.  (Doc. # 702.)

To date, no objections to the Magistrate Judge's Findings and Recommendation have been filed.

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION REGARDING PLAINTIFF'S OBJECTIONS TO THE BILL OF COSTS OF DEFENDANT ALOHA PETROLEUM, LTD." (Doc. # 689) are adopted as the opinion and Order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, November 18, 2011.



_____
David Alan Ezra
United States District Judge

BlueEarth Biofuels LLC v. Hawaiian Electric Company Inc., et al., CV No. 09-00181 DAE KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION